# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.: 8:12-CV-37** |
| | ) | |
| v. | ) | **ORDER GRANTING DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| ERS SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court this 10th day of August, 2012, upon the Stipulation for Dismissal With Prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41, with each party to pay its own costs.

Dated: August 10, 2012                    BY THE COURT:


                                          **s/ Joseph F. Bataillon**
                                          U.S. DISTRICT COURT JUDGE


Prepared and submitted by:

Pamela A. Car#18770
Car & Reinbrecht P.C., L.L.O.
8720 Frederick St. # 105
Omaha, NE 68124
(402) 391-8484 phone
(402) 391-1103 fax
ATTORNEY FOR PLAINTIFF